UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD ROBERTSON                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:16-CV-131-SA-RP

AUTO PARTS MANUFACTURING MISSISSIPPI, INC.                          DEFENDANT

AGREED ORDER DISMISSING ACTION WITH PREJUDICE

The Court has been advised by the parties that the settlement of this action has been finalized. It is therefore ORDERED that this action is dismissed with prejudice on this, the 13th day of March, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE